UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE WARREN, | Case No. CV 10-624 GHK(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| ARNOLD SCHWARZENEGGER, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed for lack of prosecution.

DATED: ___10/8/10___

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE